JACOB SCOTT et al., Suing on Their Own Behalf and on Behalf of All Other Stockholders of HURON HOLDING CORPORATION Similarly Situated, Appellants, and ABRAHAM L. HAYMAN, Intervener, Appellant, v. EDWIN M. ALLEN et al., Defendants, and MANUFACTURERS TRUST COMPANY et al., Defendants-Respond-

ents.— Motion to resettle order denied, without costs. [See *ante*, p. 766.]
Present — Close, P. J., Hagarty, Adel and Aldrich, JJ.; Carswell, J., not voting.